# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EDWARD FOX and SUZANNE BRYAN, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>          vs.<br><br>EPIC SYSTEMS CORPORATION, REID HOSPITAL & HEALTH CARE SERVICES, INC., HEALTH GORILLA, INC., and MAMMOTH PATH SOLUTION, LLC,<br><br>          Defendant. | CASE NO. 2:26-cv-04678-FMO (MARx)<br><br>**ORDER GRANTING STIPULATION [35] TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>*[Filed Concurrently with Stipulation]*<br><br>Assigned to Hon. Fernando M. Olguin |

Pursuant to the Parties' stipulation, and good cause appearing, Defendant Mammoth Path Solution, LLC , shall respond to the Complaint by **July 27, 2026**.

**IT IS SO ORDERED.**

DATED: June 24, 2026                    /s/ Fernando M. Olguin
                                                        U.S. DISTRICT JUDGE

6039090.1

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT